IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DENORVAL NORWOOD, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. CIV-25-00961-JD |
| ) | |
| JOHN MASQUELIER, Warden, ) | |
| ) | |
| Respondent. ) | |

## **ORDER**

This is a habeas corpus action brought by Petitioner DeNorval Norwood pursuant to 28 U.S.C. § 2254. [Doc. No. 1]. Currently before the Court are the Report and Recommendation [Doc. No. 5] and Petitioner's motion for leave to proceed in forma pauperis [Doc. No. 2].

The Report and Recommendation recommends that the Court deny Petitioner's motion and order Petitioner to pay the full habeas filing fee of $5.00 for this action to proceed. [Doc. No. 5]. The record reflects that Petitioner paid the filing fee of $5.00 on September 16, 2025. *See* [Doc. No. 6]. Petitioner also submitted a response to the Report and Recommendation [Doc. No. 7], noting he paid the filing fee. The Court has considered the Report and Recommendation and Petitioner's response.

Upon its review, the Court ACCEPTS the Report and Recommendation [Doc. No. 5] and DENIES Petitioner's motion for leave to proceed in forma pauperis [Doc. No. 2]. Because Petitioner has now paid the full filing fee, the Court REFERS this habeas action to Judge Mitchell for further proceedings consistent with the Court's prior referral. *See*

[Doc. No. 4].

 IT IS SO ORDERED this 23rd day of September 2025.

              *[signature]*
              JODI W. DISHMAN
              UNITED STATES DISTRICT JUDGE